**Wallace MITCHELL–EL,**
**Plaintiff–Appellant,**

v.

**Yvonne ELSWICK; George E. Deeds; J. Armentrout, Assistant Warden Operations; Red Onion State Prison; Edward C. Morris, Deputy Director; Virginia Department of Corrections, Defendants–Appellees.**

No. 00–7386.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 14, 2000.

Decided Feb. 28, 2001.

Wallace Mitchell–El, pro se.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Wallace Mitchell–El appeals a district court order denying his motion for leave to file an amended complaint. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm essentially on the reasoning of the district court. *See Mitchell–El v. Elswick,* No. CA–00–83–7 (W.D.Va. Sept. 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the

quorum of the panel pursuant to 28 U.S.C. § 46(d).

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*